IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>CECILIA GANDARA | No. 15-xr-90868<br><br>DECLARATION OF DANIEL BLANK IN SUPPORT OF [PROPOSED] ORDER RE: APPOINTMENT OF FEDERAL PUBLIC DEFENDER'S OFFICE |

I, Daniel Blank, declare as follows:

1. I am an Assistant Federal Public Defender and our office is regularly appointed to represent American women who have been arrested, convicted and sentenced in Mexico, who thereafter return to the United States pursuant to the treaty between the two countries to complete the remainder of their custodial time here in the United States.

2. The United States Parole Commission sets the release date pursuant to 18 U.S.C. § 4106A.

3. Pursuant to 18 U.S.C. § 4109, these women are entitled to the representation of our office if otherwise qualified.

//
//
//

1      4.    Attached hereto is Ms. Gandara's financial affidavit.

2 I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my
3 knowledge.

4      Signed and dated on the 1st of October, 2015 in San Francisco, California.

_____
/s/ DANIEL BLANK